UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

**FELIPE OTEZE FOWLKES,**

                                        **Plaintiff,**

   -against-                                                                 9:02-CV-00468

**JOHN ADAMEC, Counselor; and**
**PAUL THOMAS, District Manager,**

                                        **Defendants.**

―――――――――――――――――――――――――――

**THOMAS J. McAVOY,**
**Senior United States District Judge**

# ORDER

Based upon the Mandate and Opinion of the United States Court of Appeals for the Second Circuit in the above-captioned case dated December 6, 2005 and filed in this Court on May 8, 2006 [dkt. # 27], it is hereby

**ORDERED** that Plaintiff's Complaint [dkt. # 1] is treated as a petition for review of the Social Security Administration Commissioner's suspension of benefits, and the matter is

**REMANDED** to the Commissioner for further proceedings in accordance with the opinion of the United States Court of Appeals for the Second Circuit in the above-captioned case dated December 6, 2005.

**IT IS SO ORDERED**.

DATED: May 18, 2006

                                                        Thomas J. McAvoy
                                                        Senior, U.S. District Judge